# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES SMITH** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:09cv423-HSO-JMR |
| | § | |
| **CITY OF GULFPORT,** | § | |
| **MISSISSIPPI,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on the Motions for Summary Judgment [51], [55], filed by Defendants the City of Gulfport, Mississippi, and McClain Sonics, Inc., on June 15, 2011.  The Court, after a full review and consideration of Defendants' Motions, the pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Judgment is rendered in favor of Defendants the City of Gulfport, Mississippi, and McClain Sonics, Inc.,  pursuant to FED. R. CIV. P. 56.  Plaintiff's claims against Defendants the City of Gulfport, Mississippi, and McClain Sonics, Inc., are **DISMISSED WITH PREJUDICE**, and Plaintiff's claims against Defendants Gulfport Police Department and Sergeant Julian Slaughter are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 21st day of October, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE